EXHIBIT
A-1

