IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DR. STELLA IMMANUEL, | § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-587 |
| ANDERSON COOPER and CABLE NEWS NETWORK, INC., | § § § § | |
| *Defendants.* | | |

### ORDER GRANTING DEFENDANT CABLE NEWS NETWORK, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, MOTION TO TRANSFER

Pending before this Court is Defendant Cable News Network, Inc.'s Motion to Dismiss for Improper Venue or, in the alternative, Motion to Transfer (the "Motion"). Having considered the pleadings, the Court is of the opinion that the Motion is well taken and should be, and hereby is, GRANTED. It is therefore ORDERED that the above-captioned matter is dismissed against Defendant Cable News Network, Inc. without prejudice to the refiling of same.