EXHIBIT
A-2

Deliverance

1        EASTERN DIVISION OF TEXAS
            SHERMAN DIVISION
2             4:21-cv-00587

3

4  DR. STELLA IMMANUEL,

5  v.

6  ANDERSON COOPER.

7  _____/

8

9

10

11

12

13  DELIVERANCE FROM SPIRIT HUSBANDS AND SPIRIT WIVES
              (INCUBUS AND SUCCUBUS)
14                  PART ONE

15

16          (BEGINNING - 16:00)

17

18

19

20

21

22

23

24

25

1  (00:00)

2        NARRATOR:  Praise God for his goodness and

3  mercy, for opening the ears and the hearts of people in

4  the name of Jesus.  We tear off the veil of the enemy

5  and let the voice of the (inaudible) go forth, not the

6  voice of the enemy in the name of Jesus.

7        I take authority over the airways now and I

8  silence every contrary thought in the name of Jesus.

9  Hallelujah.

10         DR. IMMANUEL:  This message is Deliverance

11  from Street Husband and Street Wives.  Deliverance from

12  Street Husbands and Street Wives.  We call them incubus

13  and succubus.  This is one of the biggest tormenting

14  spirits in the church.  I'm not talking about in the

15  world, I'm talking about in the church, and many people

16  are not dealing with it.  Why they don't deal with this

17  because, number one, a lot of people are scared of it.

18  Number two, a lot of people are embarrassed to tell

19  someone about it.

20        I have been in deliverance for awhile.  I'm

21  here to see one deliverance candidate that was not

22  dealing with a street husband or street wife.  I'm

23  here to find one.  Every time people are dealing with

24  other things, witchcraft, foundation and things, it

25  always ends up with street husband and street wife.

1  Why?  Because whether it's witchcraft, whether it's
2  familiar, whether it's foundation deposit, whether
3  it's half of the time, they also want a piece of your
4  flesh.  This is one of the biggest tormenting spirits
5  in the church.
6          This spirit is responsible for breaking
7  marriages.  They are responsible for hatred by your
8  spouse.  You found out that the first man that the
9  first day they met you they wanted to kiss your
10 mouth, kiss your head, when they say you may kiss the
11 bride, they didn't let anybody talk because they
12 wanted to kiss your elbow, your fingers.  Right now,
13 like my father and the Lord, look what I says, he's
14 look at like if I see you I kill you.  Huh?  I
15 thought we were in love.  Get away from me.
16          And there are a lot of people going through
17 stuff.  They are responsible for serious
18 gynecological problems.  We call them all kinds of
19 names, endometriosis, we call them molar pregnancies,
20 we call them fibroids, we call them cysts, but most
21 of them are evil deposits from the street husband.
22          They are responsible for miscarriages,
23 impotence, men that can't get it up, untold hardship.
24 They are responsible for financial failure because
25 when this spirit is in your life, if you assume that

1  he is married to you, you are married to them, at the
2  end of the day what you have is just what you have is
3  yours, so they take when things come to you.  They
4  become the thing that steals and kills and destroys
5  in your life.
6        They are responsible for general failure at
7  the edge of breakthrough.  If you see somebody that
8  has a serious street husband it affects almost every
9  facet of their lives.  They are responsible for
10 infertility.  People that are married, they go to the
11 doctor, everything is fine but you don't have a child
12 and people are like what is street husband and street
13 wife.  Does that really exist?  Is it scriptural?  Of
14 course.
15        If you turn your bible to the book of
16 Genesis, Genesis 6, let's look at something.  Genesis
17 6 was one.  And it came to pass when men began to
18 multiply on the face of the earth and daughters were
19 born to them, and daughters were born unto them that
20 the sons of God saw the daughters of men and they
21 were (inaudible) and they took wives of them all
22 which they chose.  And the Lord said my spirit shall
23 not always strive with man because that is also
24 flesh.  Yet shall his days be 120.
25        Verse 4 says there were giants in the earth

Deliverance

5

1  in those days and also after that.  When the sons of
2  God came onto the daughters of men and bear children
3  to them and the sin became mighty men which were of
4  all men of renowned.  There were giant of men in
5  those days and went afterwards.  People got flooded
6  in the flood of Noah.  We are the sons of Anoch
7  (phonetic).  We had Goliath.  David fought giants.
8  The mighty men of David fought giants all through.
9  This is what we call the nephilims.  This are called
10  nephilims.  We have the angels that left the boat and
11  came and lost it after we met and produced a cross
12  breed.
13         What was the agenda.  God had (inaudible)
14  the devil.  That is this same woman that you messed
15  with, this same woman that you deceived has seed will
16  bruise your head.  So the devil figured if I can
17  corrupt the seed I can stop God's agenda.  So he
18  proceeded to try and corrupt the seed of men.  God
19  looked around and only found Noah that was
20  uncorrupted.
21         In Genesis 6 was eight, but Noah found
22  grace in the eyes of the Lord.  So God decided to
23  destroy the world and start with the seed of Noah.
24  When God destroyed the earth at that time what
25  happened?  What happened to this 30 foot nephilims

1  that were walking the earth, those giants.  They got
2  flooded, so their flesh -- they could not really die
3  because they got flooded and their flesh got
4  pulverized.  But what happened to the spirits?
5         This mixed breed, there are still nephilims
6  around today, and they still do one thing.  They
7  still lust after human beings.  There's no change in
8  the agenda.  Their agenda is to corrupt human beings.
9  They still look at woman and men and think cute.  All
10 they want to do -- because you see, the angels that
11 did the first crime, they're locked up in prison
12 waiting for the lake of fire.  So but the nephilims
13 that came from that mixed breed, they are still
14 around, and the agenda is still to sleep with women
15 and men.
16         So their spirits are harassing and sleeping
17 with people.  And the thing about it is that the
18 church is not addressing it.  And right now it has
19 become even greater and people are begin to
20 experience it in the physical.  People are going
21 through things.  I have been in deliverance ministry
22 and I can tell you stories and I will not be done
23 listening to them.
24         We had a lady right here.  She was sitting
25 right there.  She had been fantasizing about one of

1  the movie stars.  When she came to deliverance ground
2  during prayer she started screaming.  Her stomach was
3  full, was pregnant.  She started screaming.  She was
4  tearing off her clothes.  She was screaming and
5  screaming like she was in labor, and she said this
6  thing came out of me.  Her stomach deflated right
7  here, real life.
8         We had another woman about two, three
9  months ago came for deliverance, a pastor.  She said
10 she was pregnant.  She knew she was pregnant.  She
11 hear a baby crying and she knows she was -- she
12 looked pregnant.
13        I asked her, did you go to the doctor.  She
14 said yes.  Did they check you.  She said yes.  They
15 said she's not pregnant, but she say she's pregnant.
16 I just looked at her and laughed.  I said you are
17 carrying an evil creature pregnancy.  I better abort
18 that baby in this space before you leave because what
19 you mean by you're pregnant and the doctors can't
20 find it.  Have they ever done a test and found out
21 you were pregnant.  She said no, but she knows she's
22 pregnant.  She feels it.  She have all the symptoms.
23 That's what I'm saying.  Inside here she was rocking
24 and rocking and rocking and she's throwing up and she
25 left out of here stomach deflated.

We had another young lady she was sitting right there. She had been having -- she got to the hospital, she had cysts. She had fibroids, she had ovarian cysts and she was about to go for surgery. When she came here she started praying. She started vomiting blood. She vomited and vomited and vomited. When she went back home she started producing clots. Her period came and it was big, big clots. So she ran to the doctor because she was scared.

They examined her, cysts, fibroids, gone. Evil creature pregnancies. We have seen a lot of them. They call them fibroids. They call them endometriosis. They act like pregnancies, call them molar pregnancies. You are pregnant with these things that look like grapes. It looks like big bunch of fluffy looking grapes, these things that people deposit of the street husband.

Most people believe that the street husband and the street wife, the incubus and succubus and, they are the same spirit. They turn into a woman, then they sleep with a man and collect his sperm. Then they turn into a man and then they sleep with another woman and deposit the sperm and reproduce more of them. So because of the way they are, they just cannot reproduce, you see what I'm saying. so

1 they can use human beings to reproduce more
2 nephilims.  And people are like no, that's not
3 possible.  How can a spirit sleep with a human being
4 and produce a child.  That's not possible.  Really?
5 How was Jesus born.  The Holy Ghost breathe on Mary
6 and produced a child.  And the devil figures well, if
7 God can do it I can use it to multiply and produce
8 evil seed.  That is illegal.
9        Everything that Jehovah does the devil
10 tries to pervert his own pleasure.  The children of
11 the devil, I don't care, the children of the devil
12 are the bride of Lucifer.  But we're children of God
13 and the bride of Christ.  So the devil doesn't have a
14 right to touch us except, of course, we give him that
15 right.  So why is it that even though Christians,
16 you're children of God, but these spirits are still
17 holding onto you tight.  I'm telling you, spirit
18 husbands, spirit wife, they're the most difficult
19 demonic spirits to get rid of, very difficult, and I
20 will tell you why.  The reason they are difficult
21 because most children of God cannot live the level of
22 holiness and sanctification that will keep the
23 spirits away.  Most of us will not want to put any
24 restrictions on our enjoyment.
25        I was talking to a lady.  She had rings,

1  rings, jewelry everything decked up like the lady in
2  the Marin (phonetic) Kingdom in Revelation 17.  She
3  said prayer, all this stuff is going over me.  I said
4  girl, you're going to have to get rid of some of this
5  idols you're wearing.  She got so offended that I
6  won't have to look.  She can't go around looking like
7  people start looking crazy.  I said okay, keep your
8  idols.
9          There are many categories of spirit
10 husbands and spirit wives.  Hallelujah.  The first
11 kind I will discuss is the hidden one.  The hidden
12 one are those that come in sleep within the dream but
13 you don't realize it and you don't know.  You have a
14 spirit husband, but you don't know you have one.
15 Most of the time some people get up from sleep
16 feeling aroused.  You don't know why.  Or you get up
17 sometimes, you feel bloated.  You went to sleep
18 feeling good.  You got up from sleep just feeling
19 funny, but you don't why.  This have touched you and
20 they take the dream away.  You don't remember it.  So
21 you will get up from sleep and look at something
22 smashed your dream right off your mind.  You know you
23 have been dreaming, but something smashes it
24 immediately.
25         There are many people that have this

1  feeling and they don't know.  So we can only diagnose

2  them by the symptoms they have or by the conditions

3  of their life.  These are the hidden ones.

4         There are those that are camouflaged.  They

5  come to you in the face of somebody you know because

6  you will not say no to you.  They bring the face of a

7  husband, a wife, a loved one, a past boyfriend,

8  somebody you've been fantasizing about, somebody you

9  think is cute.  If you start fantasizing about all

10  this movie stuff, the devil has a way of putting a

11  face, their face on a nephilim street and bring it to

12  you.  You're like oh, I just love whoever it is that

13  lady was loving.  I'm not going to call the person's

14  name.  Of course the devil was bringing it to them.

15  She used to sleep with that movie star all the time

16  and she liked it.  Camouflage.

17         They are the one that are street

18  prostitutes.  They jump from one person to another.

19  They're the ones that are hermaphrodite.  You see

20  yourself a woman sleeping with you with a male organ,

21  or you see a woman and a male organ sleeping you.

22  Many cases of that have been reported.  I know a lot

23  of people that have said that.

24         There's a lady that actually said that she

25  was seeing herself with a woman and then she had a

1  male organ.  There are those that it's what we call
2  astral sex.  That mean this person is not really a
3  demon or a nephilim.  It's just a human being that's
4  a witch and they astral project and sleep with
5  people.  We've had that happen.
6        I had a young lady that told me that she's
7  a prophetess.  She told me that she had this man that
8  she saw in her dreams.  She slept with a man in her
9  dream, and then she met the man in real life and she
10 thought this must be God and she married the guy, had
11 two children with the guy.  Man almost killed her.
12 By the time she started really saw God.  By the time
13 God opened her eyes one day she saw the man, and the
14 man's male organ was a snake, her husband.  I was
15 like you've been going around just marrying people.
16 Before you go marry some nephilim check their belly
17 button.  Hallelujah.  Check their belly button before
18 you marry them.  They might not be human.  Daddy has
19 gone into (inaudible).  Come back here.
20        We had another lady.  She was working in
21 the church in ministry with the pastor.  Her and her
22 husband started having problems.  They went to
23 counseling with the pastor.  She said she didn't even
24 think the pastor was good looking.  She said but from
25 the day after that counseling she could not stop

1  thinking about the pastor.  Then the next thing
2  pastor started coming in and sleeping with her in her
3  dreams.  Then very soon pastor started really telling
4  her that, you know, I'm inside of you and I swim
5  inside of you, and now pastor and her started dating
6  in real life.
7         She said one day they went to a program.
8  She said she knew that she had left pastor behind,
9  and she said there was no entrance into that place.
10 And when she came in she was standing at the door
11 with the people.  She said when she turned around she
12 saw pastor inside.  She looked at him like how did
13 you get here.  She looked at him.  He wasn't even
14 scared.  Pastor projected into a meeting and his
15 bishop --
16 (16:00)
17
18
19
20
21
22
23
24
25

1
2
3           CERTIFICATE OF REPORTER
4
5      I, Charlotte Crandall, certify that I was
6 authorized to and did transcribe the foregoing audio
7 recorded proceedings and that the transcript is a
8 true and complete record of my stenographic notes
9 from an audio recording and was transcribed to the
10 best of my ability.
11
12      Dated this 8th day of December, 2021.
13
14
15
16
17
18      _____
        Charlotte Crandall
19         Registered Professional Reporter
20
21
22
23
24
25

**1**

**16:00** 13:16
**17** 10:2

**2**

**2021** 14:12

**8**

**8th** 14:12

**A**

**ability** 14:10
**aroused** 10:16
**astral** 12:2,4
**audio** 14:6,9
**authorized**
  14:6

**B**

**back** 12:19
**belly** 12:16,
  17
**bishop** 13:15
**bloated** 10:17
**boyfriend**
  11:7
**bring** 11:6,11
**bringing**
  11:14
**button** 12:17

**C**

**call** 11:13
  12:1
**Camouflage**
  11:16
**camouflaged**
  11:4

**cases** 11:22
**categories**
  10:9
**CERTIFICATE**
  14:3
**certify** 14:5
**Charlotte**
  14:5,18
**check** 12:16,
  17
**children**
  12:11
**church** 12:21
**complete** 14:8
**conditions**
  11:2
**counseling**
  12:23,25
**Crandall**
  14:5,18
**crazy** 10:7
**cute** 11:9

**D**

**Daddy** 12:18
**Dated** 14:12
**dating** 13:5
**day** 12:13,25
  13:7 14:12
**December**
  14:12
**decked** 10:1
**demon** 12:3
**devil** 11:10,
  14
**diagnose** 11:1
**discuss** 10:11
**door** 13:10
**dream** 10:12,
  20,22 12:9
**dreaming**
  10:23
**dreams** 12:8
  13:3

**E**

**entrance** 13:9
**eyes** 12:13

**F**

**face** 11:5,6,
  11
**fantasizing**
  11:8,9
**feel** 10:17
**feeling**
  10:16,18 11:1
**foregoing**
  14:6
**funny** 10:19

**G**

**girl** 10:4
**God** 12:10,12,
  13
**good** 10:18
  12:24
**guy** 12:10,11

**H**

**Hallelujah**
  10:10 12:17
**happen** 12:5
**hermaphrodite**
  11:19
**hidden** 10:11
  11:3
**human** 12:3,18
**husband** 10:14
  11:7 12:14,22
**husbands**
  10:10

**I**

**idols** 10:5,8
**immediately**
  10:24
**inaudible**
  12:19
**inside** 13:4,
  5,12

**J**

**jewelry** 10:1
**jump** 11:18

**K**

**killed** 12:11
**kind** 10:11
**Kingdom** 10:2
**knew** 13:8

**L**

**lady** 10:1
  11:13,24
  12:6,20
**left** 13:8
**life** 11:3
  12:9 13:6
**looked** 13:12,
  13
**lot** 11:22
**love** 11:12
**loved** 11:7
**loving** 11:13

**M**

**male** 11:20,21
  12:1,14
**man** 12:7,8,9,
  11,13
**man's** 12:14

```
Marin  10:2
married  12:10
marry  12:16,
  18
marrying
  12:15
meeting  13:14
met  12:9
mind  10:22
ministry
  12:21
movie  11:10,
  15

        N

nephilim
  11:11 12:3,16
notes  14:8

        O

offended  10:5
opened  12:13
organ  11:20,
  21 12:1,14

        P

past  11:7
pastor  12:21,
  23,24 13:1,2,
  3,5,8,12,14
people  10:7,
  15,25 11:23
  12:5,15 13:11
person  11:18
  12:2
person's
  11:13
phonetic  10:2
place  13:9
prayer  10:3
problems
  12:22

proceedings
  14:7
Professional
  14:19
program  13:7
project  12:4
projected
  13:14
prophetess
  12:7
prostitutes
  11:18
putting  11:10

        R

real  12:9
  13:6
realize  10:13
record  14:8
recorded  14:7
recording
  14:9
Registered
  14:19
remember
  10:20
reported
  11:22
Reporter
  14:3,19
Revelation
  10:2
rid  10:4
rings  10:1

        S

scared  13:14
sex  12:2
sleep  10:12,
  15,17,18,21
  11:15 12:4
sleeping
  11:20,21 13:2

slept  12:8
smashed  10:22
smashes  10:23
snake  12:14
spirit  10:9,
  10,14
standing
  13:10
star  11:15
start  10:7
  11:9
started
  12:12,22
  13:2,3,5
stenographic
  14:8
stop  12:25
street  11:11,
  17
stuff  10:3
  11:10
swim  13:4
symptoms  11:2

        T

telling  13:3
thing  13:1
thinking  13:1
thought  12:10
time  10:15
  11:15 12:12
told  12:6,7
touched  10:19
transcribe
  14:6
transcribed
  14:9
transcript
  14:7
true  14:8
turned  13:11

        W

wearing  10:5
wife  11:7
witch  12:4
wives  10:10
woman  11:20,
  21,25
working  12:20

        Y

young  12:6
```