IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DR. STELLA IMMANUEL,<br><br>*Plaintiff,*<br>v.<br><br>ANDERSON COOPER and CABLE NEWS NETWORK, INC.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:21-CV-587 |

### ORDER GRANTING DEFENDANT CABLE NEWS NETWORK, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pending before this Court is Defendant Cable News Network, Inc.'s Motion to Dismiss for Failure to State a Claim (the "Motion"). Having considered the pleadings, the Court is of the opinion that the Motion is well taken and should be, and hereby is, GRANTED. It is therefore ORDERED that the above-captioned matter is dismissed against Defendant Cable News Network, Inc. with prejudice.