IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

| | |
|---|---|
| DR. STELLA IMMANUEL, <br><br>  Plaintiff, <br><br> v. <br><br> ANDERSON COOPER *et al.* <br><br>  Defendants. | Case No. 4:21-cv-00587-ALM |

# NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT, ANDERSON COOPER

Plaintiff, Dr. Stella Immanuel, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice all claims stated in her Complaint [*ECF No. 1*] against Defendant, Anderson Cooper.

DATED:   December 29, 2021

Signature of Counsel on Next Page

DR. STELLA IMMANUEL

By:   */s/ Madhu S. Sekharan*
      Madhu S. Sekharan, Esquire
      Texas Bar No. 24072332
      16614 Radiant Lilac Trail
      Cypress, TX 77433-6365
      Mobile:  832-920-1515
      Office:  281-304-6369
      MSekharanAttorney@outlook.com

      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:  (804) 501-8272
      Facsimile:  (202) 318-4098
      Email:  stevenbiss@earthlink.net
      (*Motion for Admission Pro Hac Vice*
          *To be Filed)*

      *Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: /s/ *Madhu S. Sekharan*
Madhu S. Sekharan, Esquire
Texas Bar No. 24072332
16614 Radiant Lilac Trail
Cypress, TX 77433-6365
Mobile: 832-920-1515
Office: 281-304-6369
MSekharanAttorney@outlook.com

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Motion for Admission Pro Hac Vice
 To be Filed*)

*Counsel for the Plaintiff*