# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DR. STELLA IMMANUEL, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 4:21-CV-00587 |
| v. | § | Judge Mazzant |
| | § | |
| CABLE NEWS NETWORK, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Several motions are currently pending on the Court's docket, including Defendant's 12(b)(3) Motion to Dismiss for Improper Venue or, in the Alternative, Motion to Transfer to the Southern District of Texas under 28 U.S.C. § 1404(a) (Dkt. #10). In order to properly assess the legal merits of this motion, the Court requires confirmation of Plaintiff's county of residence.

Therefore, Plaintiff Dr. Stella Immanuel is **ORDERED** to file a document indicating her county of residence.

It is further **ORDERED** that Plaintiff Dr. Stella Immanuel file such document by 5 P.M. on April 19, 2022.

**IT IS SO ORDERED.**
**SIGNED this 12th day of April, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE